KENNEDY CONSTRUCTION CO., INC. v. ASSOCIATED RETAIL STORES, INC.

October 20, 1981.

Petition for certification denied.

DOROTHY C. MANGINA v. THE SAINT PAUL FIRE AND MARINE INSURANCE COMPANY.

October 20, 1981.

Petition for certification denied.

PATRICIA MARKOT v. BOARD OF EDUCATION OF THE BOROUGH OF HAWTHORNE, PASSAIC COUNTY.

October 20, 1981.

Petition for certification denied.

ROMANO'S NETCONG, INC. v. JOSEPH H. LERNER.

October 20, 1981.

Petition for certification denied.